

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

July 23, 1956

Honorable M. T. Harrington
Chancellor
Texas A. & M. College System
College Station, Texas

Opinion No. S-210

Re: Authority of Board of
Directors of Texas A.& M.
College to sell "West
Farm" of Arlington State
College for the purpose of
acquiring suitable land for
additional buildings.

Dear Mr. Harrington:

You request our opinion concerning the authority of the Board of Directors of Texas A. & M. College to sell a tract of land designated as the "West Farm," belonging to Arlington State College, and to use the proceeds from such sale for the purchase of land adjacent to said College and for the improvement of said land by the building of necessary streets, the laying of water and sewer lines and the making of any other necessary expenditures in preparation for the ultimate construction on said land of student dormitories and classroom buildings. You advise that funds will not be available until 1958 for the erection of the buildings themselves.

If authority exists for the Board's contemplated action, it must be found in the statutes or be reasonably implied therein.

Arlington State College is under the direction of the Board of Directors of the Agricultural and Mechanical College of Texas. (Art. 2620a, Vernon's Civil Statutes).

The statute pertinent to your inquiry is Article 2613a-1, V.C.S., Sections 1 and 4:

"Section 1.  The Board of Directors of the
Agricultural and Mechanical College of Texas
is hereby authorized to contract with per-
sons, firms or corporations for the purchase
of, or the acquisition of, or the erection
of permanent improvements on or conveniently
located in reference to the campus of said
College, or to the campuses of any or all of
its branch institutions and to purchase, sell
or lease lands and other appurtenances for
the construction of such permanent improve-
ments provided that the State of Texas incurs
no indebtedness under the contracts."

"Sec. 4.  Said Board of Directors is further
authorized to sell, encumber or contract with
reference to the divesting or encumbering of
the title to any part of the campus or other
property of said College or of its branch
institutions as may be necessary in the con-
struction or acquisition of dormitories ex-
cept that no debt shall be created against
said institution or the State of Texas."

Under authority of the foregoing sections of
Article 2613a-1, the Board may sell the "West Farm" for the
construction of said buildings which, by their very nature,
are permanent improvements.

The real question to be resolved is whether or
not the Board may expend the proceeds from the sale of the
"West Farm" for land adjacent to the present campus and to
the extent that funds are available, improve the land as
above outlined.

If permanent improvements are to be purchased,
acquired, or erected on or conveniently located in refer-
ence to the campus of Arlington State College, it is
elementary that there be land on which to locate them.
Since you state there is no space available on the present
campus or on college land conveniently located in refer-
ence to the campus for the proposed buildings, it follows
that it will be necessary for the Board to acquire land
on which to erect them.  Otherwise, the expansion pro-
gram  cannot begin.  To hold that Sections 1 and 4 of
Article 2613a-1 do not authorize the Board to do that
which you have related would be to place a narrow con-
struction on the statute, thereby rendering it meaningless

and causing its purpose to be defeated. Reason dictates that Sections 1 and 4, impliedly, if not expressly, authorize the Board to do that which is necessary in the erection of permanent improvements as stated therein. In the Board's case, that which is necessary is the acquisition of land upon which to erect permanent improvements.

It is, therefore, our opinion that the Board of Directors of the Agricultural and Mechanical College of Texas may sell the "West Farm" of Arlington State College and apply the proceeds of the sale on the purchase of land adjacent to the present campus. To the extent such funds are available, the Board may improve the land so purchased by the building of necessary streets, the laying of water and sewer lines, and the taking of any other necessary action in preparation for the ultimate construction of buildings on the land.

## SUMMARY

Under Article 2613a-1, Sections 1 and 4, the Board of Directors of Texas A. & M. College may sell a tract of land belonging to Arlington State College, and use the proceeds from such sale for the purchase of land adjacent to said College, for the improvement of said land and for other necessary expenditures in preparation for the ultimate construction on said land of student dormitories and classroom buildings.

Yours very truly,

JOHN BEN SHEPPERD
Attorney General

By *J. Arthur Sandlin*
J. Arthur Sandlin
Assistant

APPROVED:

W.V. Geppert
Reviewer

J. C. Davis, Jr.
Reviewer

Davis Grant
First Assistant

John Ben Shepperd
Attorney General

JAS:bt